UNITED STATES of America,
Plaintiff–Appellee,

v.

Lucio MADRIGAL–PLACIDO,
Defendant–Appellant.

No. 09–30029.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 13, 2009.*

Filed Oct. 22, 2009.

Timothy John Racicot, Assistant U.S., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Missoula, MT, for Defendant–Appellant.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

## MEMORANDUM **

Lucio Madrigal–Placido appeals the district court's order denying in part his motion to suppress. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Madrigal–Placido contends the district court erred by declining to suppress evidence of his identity and his immigration file as the fruit of an unlawful traffic stop. As he acknowledges, this contention is foreclosed. *See United States v. Del Toro Gudino,* 376 F.3d 997, 1001 (9th Cir.2004);

*United States v. Guzman–Bruno,* 27 F.3d 420, 421–22 (9th Cir.1994).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

